# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>Dorel Juvenile Group, Inc. | **FILED**<br><br>January 14, 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KXF DEPUTY CLERK |
| **Defendant**<br><br>Baby Trend, Inc. | |
| **Chapter:** 11<br><br>**Case Number:** 6:09–bk–34090–CB<br><br>**Adversary Number:** 6:10–ap–01707–CB | **ORDER CLOSING ADVERSARY PROCEEDING** |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*Dated: 1/14/11*                                                                                                       By Order of the United States Bankruptcy Court

**Kathleen J. Campbell**
*Clerk of Court*

10/ KXF